UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Crim. Case No. 14cr2314 JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| RENE JAIME HERRERA-LOPEZ | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against RENE JAIME HERRERA-LOPEZ be dismissed without prejudice.

DATED: August 21, 2014

_____
HON. JEFFREY T. MILLER
United States District Judge